### 3710.   McCRANIE, guardian, v. SHIPP, administrator.

POTTLE, J.  There being in the bill of exceptions no exception to any final judgment, but only an exception to a judgment striking the defendant's pleas, no question is presented which this court has jurisdiction to decide. This is true even though there is a recital in the bill of exceptions that the case was finally terminated by a judgment in favor of the plaintiff. *Simmons* v. *Peagler*, 7 *Ga. App.* 252 (66 S. E. 629) ; *Whidden* v. *Merry*, 8 *Ga. App.* 564 (69 S. E. 1085).

*Writ of error dismissed.*
DECIDED FEBRUARY 12, 1912.

Motion to dismiss the writ of error.

*Alexander & Gary,* for plaintiff in error.
*J. P. Knight, J. A. Wilkes, Shipp & Kline,* contra.

---

### 3767.   BARWICK v. SLAUGHTER.

HILL, C. J.  Where no question of law is raised, and the evidence on the trial was in conflict, the judgment of the superior court, overruling the certiorari, will be affirmed, with ten per cent. damages on the amount of the judgment obtained in the city court, for delay on account of suing out and prosecuting the writ of error.

*Judgment affirmed, with damages.*
DECIDED FEBRUARY 12, 1912.

Certiorari; from Grady superior court—Judge Frank Park. March 6, 1911.

*M. L. Ledford,* for plaintiff in error.